UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, as subrogree of GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANGHAI) CO., LTD.,<br><br>Plaintiff(s),<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>Defendant(s). | CASE NO. C23-0507-KKE<br><br>ORDER STRIKING DISCOVERY MOTION |

The Court requires parties to file a joint statement and request a discovery conference before filing discovery motions.  *See* Dkt. No. 17 at 2.  The Court therefore STRIKES the discovery motion filed by Defendant (Dkt. No. 19) and ORDERS the parties to comply with the Court's procedure for resolving discovery disputes.

Dated this 4th day of October, 2024.

Kymberly K. Evanson
United States District Judge

ORDER STRIKING DISCOVERY MOTION - 1