UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, as subrogee of GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANGHAI) CO., LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br> Defendant(s). | CASE NO. C23-0507-KKE <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DATES |
|---|---|

The parties filed a stipulated motion to continue the trial date and related deadlines. Dkt. No. 24. The Court finds good cause to amend the case schedule and therefore GRANTS the motion. As indicated in the parties' stipulated motion, the Court ORDERS Plaintiff to respond to Defendant's second set of discovery requests and notice of Rule 30(b)(6) deposition no later than November 15, 2024.

The prior case schedule (Dkt. No. 16) is VACATED, and this case shall now conform to the following schedule:

| Event | Date |
|---|---|
| BENCH TRIAL SET FOR 9:30 a.m. on | **4/28/2025** |
| Length of trial | 4 days |

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DATES - 1

| | |
|---|---|
| All motions related to discovery must be filed by | 10/28/2024 |
| Discovery must be completed by | 11/25/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (*see* LCR 7(d)). | 12/30/2024 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 2/28/25 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 3/31/2025 |
| Trial briefs, joint brief on motions in limine (see below), preliminary proposed findings of fact and conclusions of law, and deposition designations due | 4/14/2025 |
| Pretrial conference | TBD |

All motions in limine shall be submitted in a joint brief that: (1) contains an introductory statement summarizing the case and the context for any disputes, with each side drafting its own statement if they cannot agree; and (2) presents each motion under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same below that. Any agreed motions shall be noted as such. The joint brief must not exceed 12,600 words, excluding caption, date line, and signature block, with each party contributing no more than 6,300 words. Each party may submit a declaration along with the joint brief, as necessary.

Dated this 16th day of October, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge