UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, as subrogee of GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANGHAI) CO., LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br> Defendant(s). | CASE NO. C23-0507-KKE <br><br> ORDER GRANTING IN PART AND DEFERRING RULING IN PART ON THE PARTIES' STIPULATED MOTION |

This matter is currently set for trial on April 28, 2025. Dkt. No. 25. The parties have scheduled a mediation in an attempt to resolve this case, as well as another related case (No. 24-0690-KKE), on April 29, 2025, and jointly request a continuance of the trial date to accommodate that schedule. Dkt. No. 32. The Court finds good cause for a continuance and GRANTS IN PART the parties' stipulated motion (Dkt. No. 32). The current case schedule (Dkt. No. 25) is VACATED, and the clerk is directed to issue a new case schedule, consistent with a trial date of October 20, 2025, and the Court's standard case schedule.

Although the parties' stipulated motion also requests consolidation of this case with the related case, the Court DEFERS ruling on this part of the motion pending a scheduling conference. The Court is aware that certain deadlines related to discovery and trial preparation in the related

ORDER GRANTING IN PART AND DEFERRING RULING IN PART ON THE PARTIES' STIPULATED MOTION - 1

case may need to be extended (Dkt. No. 32 at 3), but the parties' proposed case schedule is not consistent with this Court's standard case schedule. *See id*. at 4. Specifically, the Court requires approximately 120 days between the deadline for filing dispositive motions and the trial date, and the discovery cutoff should be approximately 30 days before the dispositive motions deadline. *See, e.g.*, Dkt. No. 25. The Court will contact the parties to set a scheduling conference to further discuss consolidation and case scheduling, as requested by the parties. *See* Dkt. No. 32 at 3.

Dated this 11th day of April, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING IN PART AND DEFERRING RULING IN PART ON THE PARTIES' STIPULATED MOTION - 2